

IN THE

TENTH COURT OF APPEALS

No. 10-15-00222-CV

IN THE MATTER OF THE MARRIAGE OF
RANDY STEVENS AND KRYSTAL STEVENS,

From the 369th District Court
Leon County, Texas
Trial Court No. D1554

MEMORANDUM  OPINION

Krystal Stevens filed a notice of appeal in this Court on June 17, 2015.  By letter dated June 22, 2015, this Court notified Stevens that the appeal was subject to dismissal because there was not a final, appealable order, such as a divorce decree.  The Clerk also warned Stevens that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 44.3.  Stevens filed a response, but did not provide this Court with a final appealable order.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP.

P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2011). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by appellant.

Accordingly, this appeal is dismissed. We note that Krystal Stevens may file an appeal from the trial court's final judgment or decree of divorce once entered.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 6, 2015
[CV06]

